FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MONROE, | Case No. EDCV 11-1708 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: August 29, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE